November 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GRACIE MCBROOM, Appellant

NO. 14-12-00866-CV                    V.

WAYNE DICKERSON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gracie McBroom.

We further order this decision certified below for observance.